# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:**    18-30821 BAB
**Case Name:**     INSTITUTE OF MANAGEMENT AND RESOURC

**Period Ending:**   02/18/20

**Trustee:**  (550470)    Paul H. Spaeth
**Filed (f) or Converted (c):** 11/19/19 (c)
**§341(a) Meeting Date:**   12/18/19
**Claims Bar Date:**     01/28/20

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1   184 Salem Ave, Dayton, OH 45406 Sheriff Appraise<br>Imported from original petition Doc# 19 | 885,000.00 | 203,070.68 | OA | 0.00 | FA |
| 2   1205 -1206 Shuler Ave, Hamilton, OH 45011 Parcel<br>Imported from original petition Doc# 19 | 519,410.00 | 113,578.81 | | 0.00 | FA |
| 3   2010 Ford F250 Pickup (Snow Truck) Mileage: 54,2<br>Imported from original petition Doc# 19 | 12,588.00 | 2,500.00 | | 0.00 | 2,500.00 |
| 4   Lease of 2015 Maserati Ghibli Co-Lessee Michelle<br>Imported from original petition Doc# 19 | 0.00 | 0.00 | | 0.00 | FA |
| 5   Lease of 2016 Jaguar XJL Guarantor Jeanette Harr<br>Imported from original petition Doc# 19 | 0.00 | 0.00 | | 0.00 | FA |
| 6   Lease of 2016 Mercedes GL450 Guarantor Jeanette<br>Imported from original petition Doc# 19 | 0.00 | 0.00 | | 0.00 | FA |
| 7   Lease of 2016 Mercedes C300 Guarantor Aleta Bens<br>Imported from original petition Doc# 19 | 0.00 | 0.00 | | 0.00 | FA |
| 8   Business Checking Account at PNC Bank Operating<br>Imported from original petition Doc# 19 | 317.95 | 317.95 | | 0.00 | FA |
| 9   Business Checking Account at PNC Bank Payroll Ac<br>Imported from original petition Doc# 19 | 0.00 | 0.00 | | 0.00 | FA |
| 10  Unpaid proceeds from title company, approximatel<br>Imported from original petition Doc# 19 | 3,500.00 | 3,500.00 | | 0.00 | 3,500.00 |

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** | 18-30821 BAB |
| **Case Name:** | INSTITUTE OF MANAGEMENT AND RESOURC |
| **Period Ending:** | 02/18/20 |

| | |
|---|---|
| **Trustee:** (550470) | Paul H. Spaeth |
| **Filed (f) or Converted (c):** | 11/19/19 (c) |
| **§341(a) Meeting Date:** | 12/18/19 |
| **Claims Bar Date:** | 01/28/20 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 11 | A/R 90 days old or less. Face amount = $33,000.0<br>Imported from original petition Doc# 19 | 33,000.00 | 33,000.00 | | 0.00 | 33,000.00 |
| 12 | A/R 90 days old or less. Face amount = $0.00. Do<br>Imported from original petition Doc# 19 | Unknown | Unknown | | 0.00 | FA |
| 13 | A/R Over 90 days old. Face amount = $55,000.00.<br>Imported from original petition Doc# 19 | 55,000.00 | 55,000.00 | | 0.00 | 55,000.00 |
| 14 | A/R Over 90 days old. Face amount = $0.00. Doubt<br>Imported from original petition Doc# 19 | Unknown | Unknown | | 0.00 | FA |
| 15 | School desks, chairs, cafeteria tables, bookcase<br>Imported from original petition Doc# 19 | 12,000.00 | 12,000.00 | | 0.00 | FA |
| 16 | Located at 184 Salem Ave, Dayton, OH 45406, 1205<br>Imported from original petition Doc# 19 | 15,000.00 | 15,000.00 | | 0.00 | FA |
| **16** | **Assets**     **Totals** (Excluding unknown values) | **$1,535,815.95** | **$437,967.44** | | **$0.00** | **$94,000.00** |

**Major Activities Affecting Case Closing:**

02/18/20-Trustee is reviewing documentation to determine if assets are available for liquidation.

# Form 1

Page: 3

## Individual Estate Property Record and Report
### Asset Cases

| | |
|---|---|
| **Case Number:** | 18-30821 BAB |
| **Case Name:** | INSTITUTE OF MANAGEMENT AND RESOURC |
| **Period Ending:** | 02/18/20 |

| | |
|---|---|
| **Trustee:** (550470) | Paul H. Spaeth |
| **Filed (f) or Converted (c):** | 11/19/19 (c) |
| **§341(a) Meeting Date:** | 12/18/19 |
| **Claims Bar Date:** | 01/28/20 |

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**  December 31, 2020          **Current Projected Date Of Final Report (TFR):**  December 31, 2020

| | |
|---|---|
| February 18, 2020 | /s/ Paul H. Spaeth |
| Date | Paul H. Spaeth |